# ABRAMS ■ FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law
1 MetroTech Center, Suite 1701
Brooklyn, New York 11201
Telephone: (718) 215-5300
Fax: (718) 215-5304
www.abramslaw.com

**MEMO ENDORSED**

November 26, 2019

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/19

**VIA ECF**

Hon. Ronnie Abrams
U.S. District Court – SDNY
40 Foley Square, Room 2203
New York, New York 10007

Re: *The United States of America v. Feng Qin*
SDNY Indictment No. 18-CR-854

Dear Judge Abrams:

On behalf of our client Feng Qin, we are requesting a minor modification to his bail condition, to wit, that his pre-trial supervision level be switched from "strict" to "as directed by pretrial services", and that his wife's passport, previously held by pretrial as a bail condition, be returned to her for her travel without the necessity of the Court's permission.

I have conferred with the Government and they have consented to the foregoing.

Thank you for your attention to the above

Respectfully submitted,

*/s/ Mark L. Furman*
Mark L. Furman (MF4456)

SO ORDERED

_____
HON. RONNIE ABRAMS, USDJ
11-26-19