UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      -against-<br><br>FENG QIN<br>                     Defendant. | Crim. No. 18-854 (RA)<br><br>**ORDER MODIFYING BAIL CONDITIONS** |

       This matter having come before the Court on the application of defendant Feng Qin, M.D. (by Kenneth M. Abell, Esq., and David M. Eskew, Esq., Abell Eskew Landau LLP); and the United States Attorney's Office for the Southern District of New York (Alexander Li, Assistant U.S. Attorney) and the United States Pretrial Services Office (Francesca Tessier-Miller, U.S. Pretrial Services Officer) having consented to this application; and for good cause shown;

       IT IS on this  21st  day of May, 2020;

       ORDERED that the bail conditions for defendant Feng Qin are hereby modified to extend permissible travel throughout the State of New York for the dates of May 23, 2020 through and including May 25, 2020; and

       ORDERED that all other conditions previously imposed, as amended, shall remain in effect.

                                                                HONORABLE RONNIE ABRAMS
                                                               UNITED STATES DISTRICT JUDGE

                                                               May 21, 2020