

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2020

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

> Application granted. The conference is adjourned to July 8, 2020 at 3:00 p.m. Time is excluded until July 8, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(a).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> May 28, 2020

Re:   United States v. Feng Qin, 18 Cr. 854 (RA)

Dear Judge Abrams:

The Government writes, with the consent of the defendant, to request that the pre-trial conference scheduled for June 4, 2020 at 11:30 a.m. be adjourned for approximately 30 days.  The parties remain engaged in productive discussions of a potential pre-trial resolution to the case, and an adjournment will enable the parties to continue their discussions before reporting to the Court.

If the Court grants the adjournment, the Government requests that Speedy Trial time be excluded until the next conference date to enable the parties to continue their review of the discovery and their discussions of a pre-trial resolution to the case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Alexander Li
Jean-David Barnea
Assistant United States Attorneys
(212) 637-2265/-2679

cc:   Kenneth M. Abell, Esq. (*by ECF*)
      David M. Eskew, Esq. (*by ECF*)

2019.07.08