

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2020

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

Application granted. The conference is adjourned to September 4, 2020 at 2:00 p.m. Time is excluded until September 4, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 2, 2020

Re:    United States v. Feng Qin, 18 Cr. 854 (RA)

Dear Judge Abrams:

The Government writes, with the consent of the defendant, to request that the pre-trial conference scheduled for July 8, 2020 be adjourned for approximately 60 days.  The parties remain engaged in productive discussions of a potential pre-trial resolution, and hope to complete their discussions in the near future.  If the Court grants the adjournment, the Government requests that Speedy Trial time be excluded until the next conference date to enable the parties to continue their review of the discovery and their discussions of a pre-trial resolution to the case.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____
Alexander Li
Jean-David Barnea
Assistant United States Attorneys
(212) 637-2265/-2679

cc:    Kenneth M. Abell, Esq. (*by ECF*)
       David M. Eskew, Esq. (*by ECF*)

2019.07.08