

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2020

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

> Application granted.  The conference is adjourned to October 30, 2020 at 10:30 a.m. Time is excluded until October 30, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> August 28, 2020

    Re:    United States v. Feng Qin, 18 Cr. 854 (RA)

Dear Judge Abrams:

    The Government writes, with the consent of the defendant, to request that the pre-trial conference scheduled for September 4, 2020 be adjourned for approximately 60 days.  As reported in the parties' prior letters to the Court, the parties have been engaged in discussions of a pretrial resolution of the case.  Those discussions have been productive, and the parties currently anticipate reaching a global resolution of this action and a related civil *qui tam* action, *United States ex rel. Mark Favors v. Qin Medical P.C.*, No. 16 Civ. 4647 (LTS), subject to certain financial analyses that are now underway.  If the Court grants the adjournment, the Government requests that Speedy Trial time be excluded until the next conference date to enable the parties to continue, and hopefully conclude, their discussions of a pre-trial resolution to the case.

                                    Respectfully submitted,

                                      AUDREY STRAUSS
                                    Acting United States Attorney for the
                                    Southern District of New York

By: _____
                                    Alexander Li
                                    Jean-David Barnea
                                    Assistant United States Attorneys
                                    (212) 637-2265/-2679

cc:    Kenneth M. Abell, Esq. (*by ECF*)
       David M. Eskew, Esq. (*by ECF*)