

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 23, 2020

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

> Application granted.  The conference is adjourned to January 5, 2021 at 3:00 p.m. Time is excluded until January 5, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> October 26, 2020

Re:   United States v. Feng Qin, 18 Cr. 854 (RA)

Dear Judge Abrams:

    The Government writes, with the consent of the defendant, to request that the pre-trial conference scheduled for October 30, 2020 be adjourned for approximately 60 days.  As reported in the parties' prior letters to the Court, the parties have been engaged in discussions of a pretrial resolution of the case.  Those discussions remain productive, and the parties continue to anticipate a global resolution of this action and a related civil *qui tam* action, *United States ex rel. Mark Favors v. Qin Medical P.C.*, No. 16 Civ. 4647 (LTS), subject to certain financial analyses that are underway.  If the Court grants the adjournment, the Government requests that Speedy Trial time be excluded until the next conference date to enable the parties to continue, and hopefully conclude, their discussions of a pre-trial resolution to the case.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____
Alexander Li
Jean-David Barnea
Assistant United States Attorneys
(212) 637-2265/-2679

cc:   Kenneth M. Abell, Esq. (*by ECF*)
      David M. Eskew, Esq. (*by ECF*)

2019.07.08