

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 31, 2020

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York  10007

> Application granted. The conference is adjourned to January 20, 2021 at 3:00 p.m. Time is excluded until January 20, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 4, 2021

Re:   United States v. Feng Qin, 18 Cr. 854 (RA)

Dear Judge Abrams:

The Government writes, with the consent of the defendant, to request that the pre-trial conference scheduled for January 5, 2021 be adjourned for approximately 14 days.  The parties have reached agreements in principle to resolve this criminal action and a related civil *qui tam* action, *United States ex rel. Mark Favors v. Qin Medical P.C.*, No. 16 Civ. 4647 (LTS), and expect to finalize the agreements in the next two weeks.  If the Court grants the adjournment, the Government requests that Speedy Trial time be excluded until the next conference date to enable the parties to complete their discussions of a pre-trial resolution to the case.

> Respectfully submitted,
>
> AUDREY STRAUSS
> Acting United States Attorney for the
> Southern District of New York
>
> By: _____
> Alexander Li
> Jean-David Barnea
> Assistant United States Attorneys
> (212) 637-2265/-2679

cc:    Kenneth M. Abell, Esq. (*by ECF*)
       David M. Eskew, Esq. (*by ECF*)

2019.07.08