

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2021

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. All deadlines are adjourned *sine die*. The parties shall submit a status letter by February 22, 2022.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 19, 2021

Re:   United States v. Feng Qin, 18 Cr. 854 (RA)

Dear Judge Abrams:

The Government writes to advise the Court that the parties and Pretrial Services have reached an agreement to defer prosecution of the case for one year. As set forth in the attached agreement, upon successful completion of the deferred prosecution period, the Government will move to dismiss the indictment. The parties respectfully request that the Court so-order the agreement and adjourn further proceedings in this matter for approximately 13 months. Alternatively, the parties are prepared to appear by teleconference or videoconference at a time convenient to the Court, which the parties understand currently include January 21, 2021 at 2:00 p.m. or January 22, 2021 at 4:00 p.m.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____
Alexander Li
Jean-David Barnea
Assistant United States Attorneys
(212) 637-2265/-2679

Attachment

cc:   Kenneth M. Abell, Esq. (*by ECF*)
      David M. Eskew, Esq. (*by ECF*)